IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CHRISTINE CAMERON                                                    PLAINTIFF

VS.                                         CIVIL ACTION NO. 5:05-cv-56(DCB)(JCS)

OCWEN FEDERAL BANK FSB                                              DEFENDANT

<u>ORDER</u>

This cause is before the Court on the defendant Ocwen Federal Bank FSB's motion to dismiss **(docket entry 6)**. The defendant's motion was filed August 1, 2005. The plaintiff neither responded to the motion, nor sought an extension of time to respond, within the time allowed by the rules of court. Although plaintiff's counsel, at a status conference on January 30, 2006, represented to the Court that a response, together with a motion for permission to file the response out-of-time, was forthcoming, nothing has been filed. Accordingly,

IT IS HEREBY ORDERED that the plaintiff shall file her response to the defendant's motion to dismiss, and show cause for her failure to respond within the time allowed by the rules, within five (5) days from the date of entry of this Order. Failure to do so could result in dismissal of her complaint.

SO ORDERED, this the 15th day of February, 2006.

<u>S/DAVID BRAMLETTE</u>
UNITED STATES DISTRICT JUDGE