IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

```
SOUTHERN DISTRICT OF MISSISSIPPI
        FILED
     MAY 0 5 2006
     J.T. NOBLIN  CLERK
BY_____DEPUTY
```

**CHRISTINE CAMERON**                                          PLAINTIFF

V.                                                             NO. 5:05CV56DCB-JCS

**OCWEN FEDERAL BANK FSB**                                     DEFENDANT

## JUDGMENT

BE IT REMEMBERED that this matter came before the Court upon the *ore tenus* motion of Plaintiff and Defendant requesting that this action be dismissed with prejudice. Having considered same, the Court finds that said motion is well taken.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this matter be, and hereby is, dismissed with prejudice, with each party to bear its own costs.

SO ORDERED AND ADJUDGED this the 2nd day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE

AGREED TO AS TO FORM
AND CONTENT:

_____
Carroll Louis Clifford, IV, Attorney for Plaintiff

_____
Mark H. Tyson, attorney for Defendant